No. 234. CHARLES T. CHERRY, RECEIVER, ETC., PLAINTIFF IN ERROR, v. THE FIDELITY AND DEPOSIT COMPANY.  In error to the Supreme Court of the Territory of Oklahoma.  Argued March 13 and 14, 1907.  Decided March 18, 1907.  *Per Curiam.* Judgment affirmed with costs.  *Fidelity and Deposit Company* v. *Courtney,* 186 U. S. 342; *Guarantee Company* v. *Mechanics Company,* 183 U. S. 402; case below, 85 Pac. Rep. 713, *sub nom.* *Willoughby* v. *Fidelity and Deposit Company; Sweeney* v. *Lomme,* 22 Wall. 208.  *Mr. R. M. Campbell, Mr. D. T. Flynn* and *Mr. C. B. Ames* for plaintiff in error.  *Mr. Edgar H. Gans* for defendant in error.

---

No. 242. STEVENSON IRON MINING COMPANY, PLAINTIFF IN ERROR, v. ELMER A. KIBBE.  In error to the Circuit Court of the United States for the District of Minnesota.  Argued March 14, 1907.  Decided March 18, 1907.  *Per Curiam.* Judgment affirmed with costs and interest.  *Minnesota Iron Company* v. *Kline,* 199 U. S. 593; *Holden* v. *Hardy,* 169 U. S. 366, 392; *Kibbe* v. *Stevenson Iron Company,* 136 Fed. Rep. 147; *Kline* v. *Minnesota Iron Company,* 93 Minnesota, 63; *Schus* v. *Powers-Simpson Company,* 85 Minnesota, 447.  *Mr. John G. Williams* and *Mr. Moses E. Clapp* for plaintiff in error.  *Mr. Samuel A. Anderson* for defendant in error.

---

No. 235. JOHN EDWARD McCARTY, APPELLANT, v. THE UNITED STATES.  Appeal from the Circuit Court of the United States for the Northern District of California.  Submitted March 6, 1907.  Decided April 8, 1907.  *Per Curiam.* Dismissed for the want of jurisdiction on the authority of *Chase* v. *United States,* 155 U. S. 489.  *Mr. H. V. Morehouse* for appellant.  *The Attorney General* and *Mr. Assistant-Attorney General Van Orsdel* for appellee.